UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KURT MOORADIAN,

    Plaintiff,

v.                                                                Case No. 1:19-cv-562
                                                                Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED**.


Dated: September 29, 2020                 /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge