UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KURT MOORADIAN,

        Plaintiff,　　　　　　　　　　　　Case No. 1:19−cv−562

v.　　　　　　　　　　　　　　　　　　Hon. Ray Kent

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received August 18, 2021 and orders the Clerk to reject the Nevada Smith, Third Party notice to this Court and return the document(s) to Nevada Smith for the reason(s) noted below:

      Nevada Smith is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing.

      this case closed on 9/29/2020

      IT IS SO ORDERED.

Dated:  August 19, 2021　　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　RAY KENT
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge